UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON LOPEZ<br># 42004-004<br>FCC-USP 1<br>P.O. Box 1033<br>Coleman, FL 33521-1033<br><br>           Plaintiff,<br>    v.<br><br>RICHARD HUFF, CO DIRECTOR,<br>OFFICE OF INFORMATION<br>& PRIVACY, et al.<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No: 06-1178 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

      /S/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Praecipe has been served on November 6, 2006 upon

Pro Se Plaintiff, **Ramon Lopez**, via postage prepaid mail addressed as follows:

**Ramon Lopez**
**# 42004-004**
**FCC-USP 1**
**P.O. Box 1033**
**Coleman, FL 33521-1033**

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　ANDREA McBARNETTE, D.C. Bar  #483789
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-7153