UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON LOPEZ ) | |
| ) | |
| Plaintiff, ) | Case No: 06-1178 (RBW) |
| v. ) | |
| ) | |
| RICHARD HUFF, CO DIRECTOR, ) | |
| OFFICE OF INFORMATION ) | |
| & PRIVACY, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants request an enlargement of time of up to and including November 28, 2006, within which to file a dispositive motion. At present, Defendants' response to the complaint is due on November 13, 2006. No scheduling order has been entered in this case. As grounds and good cause for the motion, the Defendants submit the following:

Defendants seek an enlargement of time so that agency counsel and the undersigned can further review and discuss possible legal theories about this case. This extension is sought in good faith and will not unfairly prejudice any party. Allowing the Defendants some additional time to formulate a dispositive motion will aid both the parties and the Court in the development and resolution of this case.

Because Plaintiff is a prisoner appearing *pro se*, counsel for Defendants has not contacted him regarding this motion.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil

November 8, 2006                              Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

---

Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion to Extend and accompanying order has been served on this 9th day of November, 2006 via postage prepaid mail upon:

Ramon Lopez
#42004-004
FCC-USP 1
P.O. Box 1033
Coleman, FL 33521-1033

                                          /S/
                              ANDREA McBARNETTE, D.C. Bar  #483789
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7153