UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON LOPEZ ) | |
| ) | |
| Plaintiff, ) | Case No: 06-1178 (RBW) |
| v. ) | |
| ) | |
| RICHARD HUFF, CO DIRECTOR, ) | |
| OFFICE OF INFORMATION ) | |
| & PRIVACY, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to file a dispositive motion is extended to and including November 28, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006