UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON LOPEZ, ) | |
|         Plaintiff, ) | |
| v. ) | Civil Action No. 06-1178(RBW) |
| RICHARD L. HUFF, et al., ) | |
|         Defendants. ) | |

## ORDER

**UPON CONSIDERATION** of the Plaintiff's Rule 56(f) Motion for Continuance to Conduct Discovery, Defendants' Opposition thereto, and the entire record in this case, it is hereby

**ORDERED** that Plaintiff's Motion for Continuance is **GRANTED**, and it is

**FURTHER ORDERED** that Defendants, within ten days of this order, shall produce a list of government employees that may have discoverable infomation to the Plaintt, so he may proceed with discoveries procedure on these individuals in addition to the herein named defendants; and it is

**FURTHER ORDERED** that Plaintiff shall have 90 days from the date of this Order to complete discovery, and to file his response to Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment, and it is

**FURTHER ORDERED** that this Order serves as a leave under applicable federal disclosure rules, etc., to permit Plaintiff, who is incarcerate to conduct depositions, and other discoveries procedures on the defendants and their agents upon good cause shown.

**SO ORDERED** this _____ day of January 2007.

                                                                                             UNITED STATES DISTRICT JUDGE