UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

RAMON LOPEZ                                        )
                                                   )
                           Plaintiff,              )        Case No: 06-1178 (RBW)
              v.                                   )
                                                   )
RICHARD HUFF, CO DIRECTOR,                         )
OFFICE OF INFORMATION                              )
& PRIVACY, et al.                                  )
                                                   )
                           Defendants.             )
_____)

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants request an

enlargement of time of up to and including February 18, 2007, within which to file an opposition

to Plaintiff's motion for continuance and request for discovery in this Freedom of Information

Act case.  Defendants note that discovery is the exception, not the norm in FOIA actions.

Wheeler v. CIA, 271 F. Supp. 2d 132, 139 (D.D.C. 2003).  At present, Defendants' response to

the motion for discovery is due on January 23, 2007.  As grounds and good cause for the motion,

the Defendants submit the following:

Due to the heavy caseload of the undersigned, Defendants seek an enlargement of time so

that agency counsel and the undersigned can prepare an opposition to Plaintiff's motion.  Along

with her normal caseload, the undersigned is currently busy preparing for trial in an employment

discrimination case by filing motions in limine, preparing witnesses for testimony and consulting

with counsel regarding strategy of the case.  This extension is sought in good faith and will not

unfairly prejudice any party.  Allowing the Defendants some additional time to oppose Plaintiff's

motion will aid both the parties and the Court in the development and resolution of this case.

Because Plaintiff is a prisoner appearing *pro se*, counsel for Defendants has not contacted

him regarding this motion.[1]


January 18, 2007                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153


## CERTIFICATE OF SERVICE

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

I hereby certify that the foregoing Motion to Extend and accompanying order has been

served on January 18, 2007 via postage prepaid mail upon:


Ramon Lopez
#42004-004
FCC-USP 1
P.O. Box 1033
Coleman, FL 33521-1033


_____/S/_____
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153