UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAMON LOPEZ | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 06-1178 (RBW) |
| v. | ) | |
| | ) | |
| RICHARD HUFF, CO DIRECTOR, | ) | |
| OFFICE OF INFORMATION | ) | |
| & PRIVACY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to oppose Plaintiff's request for continuance and discovery is extended to and including February 18, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007