UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| RAMON LOPEZ, )<br>          Plaintiff, )<br>v. )<br>RICHARD L. HUFF, et al., )<br>          Defendants. ) | Civil Action No. 06-1178 (RWB) |

### PLAINTIFF LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR DISCOVERY FIFTEEN DAYS OUT OF TIME

Plaintiff, pro se, and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, respectfully requests a leave to file a Reply to Defendants' Opposition to Plaintiff's Motion for Continuance to Conduct Discovery Necessary to Oppose Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment [DE# 13], fifteen (15) days out of time for the reasons set forth below.

Defendants filed a belated opposition to plaintiff's request for a continuance to conduct discovery on February 20, 2007,[1] that was received by Plaintiff on Monday February 26, 2007.

Plaintiff Reply (if he correctly interpreted the applicable Federal Rules of Civil Procedure and the Civil Local Rules of this Court) was due on February 28, 2007, one day after receiving such opposition.

Since it was impossible for Plaintiff to prepare (under the circumstances he is enduring (i.e., incarceration, limited access to the prison law library,

---

[1] Defendants opposition to plaintiff's request for discovery was due on February 18, 2007, but was filed on 2/20/07, and without a proposed order.

etc.), a meaningful reply to the defendants oppostion within that short period of time. Plaintiff respectfully request a leave to file his reply fifteen days out of time from the day of service that will be March 6, 2007.

WHEREFORE, Plaintiff, for the reasons set forth above, respectfully requests this Honorable Court to grant this motion.

Respectfuly submitted,

on this March 1, 2007.

Ramon Lopez, Pro Se Plaintiff
FCC-USP 1
PO Box 1033-42004004
Coleman, F133521-1033

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was mailed, postage prepaid, on this 1st day of March, 2007, to:

Andrea McBarnette, AUSA
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20534

RAMON LOPEZ PRO SE

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAMON LOPEZ,<br><br>       Plaintiff,<br><br>v.<br><br>RICHAR L. HUFF, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1178(RWB)<br>)<br>)<br>)<br>)<br>) |

ORDER

UPON CONSIDERATION of the Plaintiff's Leave to File a Reply to Defendants' Opposition to Plaintiff's Request for Discovery Fifteen Days Out of Time, the Defendants' Opposition thereto, and the entire record in this case, it is hereby

ORDERED that Plaintiff's Leave to File a Reply to Defendants' Opposition to Plaintiff's Request for Discovery Fifteen Days Out of Time is GRANTED, and it is

FURTHER ORDERED, that Plaintiff has until March 6, 2007, to file such a Reply to Defendants' Opposition to Plaintiff's Request for Discovery.

SO ORDERED on this _____ day of March, 2007.

                                                    UNITED STATES DISTRICT JUDGE