UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON LOPEZ,<br><br>   Plaintff,<br><br>v.<br><br>RICHARD L. HUFF, et al.,<br><br>   Defedants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1178(RBW)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of defendants' opposition to plaintiff's request for discovery, for the reasons set forth in support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion To Conduct Discovery and based upon the entire record herein, it is this _____day of_____, 2007,

 ORDERED that Plaintiff's Rule 56(f) Motion For Continuance To Conduct Discovery be and hereby is GRANTED; and it is

 FURTHER ORDERED that defendants' opposition to plaintiff's request for discovery be and is hereby DENIED; and it is

 FURTHER ORDERED, that within ten days of this order, discovery as requested by plaintiff will be initiated.

              _____
              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Records