UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
APR ... 2007
NANCY ... GTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RAMON LOPEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1178 (RBW) |
| ) | |
| RICHARD L. HUFF, et al., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully moves for leave to file a motion (lodged herewith) for a ten-day enlargement of time, up to and including April 15, 2007, within which to file his opposition to defendants' motion to dismiss or, in the alternative, for summary judgment. Plaintiff's motion would otherwise be due yesterday- April 5, 2007. Plaintiff was not able to speak with the defendants' counsel to determine whether she would consent to this motion because he is incarcerated.

Although plaintiff initially believed that he would be able to file his opposition to the defendants' motion yesterday, additional work will be necessary to complete his opposition for filing. Because plaintiff believed it would be in a position for filing yesterday, he did not seek enlargement earlier.

Wherefore, plaintiff respectfully requests leave to file his motion for enlargement of time.

Respectfully submitted,

on this April 6, 2007

                                                RAMON LOPEZ, PRO SE
                                                FCC-USP 1
                                                PO BOX 1033-42004004
                                                COLEMAN, FL 33521-1033


## CERTIFICATE OF SERVICE

I hereby certifies that service by U.S. Mail of the foregoing Plaintiff's Motion for Leave to File Motion for Enlargement of Time has been made on the defendants as follows:

Andrea McBarnette, AUSA
Judiciary Center Bldg.
555 Fourth Street, N.W.
Washington, D.C. 20530

This  6th  day of December, 2007.

                                                RAMON LOPEZ, PRO SE
                                                PLAINTIFF