UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON LOPEZ, </br></br> Plaintiff, </br></br> v. </br></br> RICHARD L. HUFF, et al., </br></br> Defendant. | Case No. 06-1178 (RBW) |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully moves for an enlargement of ten days within which to file his opposition to defendants' motion to dismiss or, in the alternative, for summary judgment. Plaintiff was not able to speak with defendants' counsel to determine her position regarding this motion because he is incarcerated. As grounds and good cause for this motion, plaintiff submits the following:

Although plaintiff initially believed that he would be able to file his opposition to the defendants' dispositive motion within the time indicated by the Court, additional work is needed to complete an adequate and comprehensive opposition for filing, mostly due to the extensive research necessary to prepare such an opposition and the limited access to the prison law library that plaintiff has been facing lately due to lack of staff to open that library.

Additionally, plaintiff has been enduring a severe case of allergy the last couple weeks that has slowed and precluded him from working the regular hours he was putting to finish his opposition within the period of time indicated by the Court (DE#__).

Finally, this extension is sought in good faith and will not unfairly prejudice any party. Allowing plaintiff some additional time to oppose to    the

defendants' dispositive motion will aid both parties and the Court in the delevopment and resolution of this case.

WHEREFORE, plaintiff respectfully requests the Court to grant this motion.

Respectfully submitted,

on this  6th  day of April, 2007.

CERTIFICATE OF SERVICE

Plaintiff, hereby certifies that the foregoing motion to Extend and accompanying order has been served on this 6th  day of April, 2007, via postage prepaid mail upon:

Andrea McBarnette, AUSA
Judiciary Center Bldg.
555 4th Street, N.W.
Washington, D.C. 20530

By: _____
RAMON LOPEZ, PRO SE PLAINTIFF
FCC-USP 1
PO BOX 1033-42004004
COLEMAN, FL 33521-1033

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON LOPEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1178 (RBW) |
| ) | |
| RICHARD L. HUFF, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of Plaintiff's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Plaintiff's time to oppose Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment is extended to and including April 15, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2007