UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAMON LOPEZ,          )
                      )
     Plaintiff,       )
                      )
v.                    )   Case No. 06-1178 (RWB)
                      )
RICHARD L. HUFF, et al., )
                      )
     Defendants.      )
                      )

PLAINTIFF'S LEAVE TO FILE HIS OPPOSITION TO THE DEFENDANTS' MOTION
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT FIVE ADDITIONAL DAYS OUT OF TIME

Plaintiff, pro se, respectfully moves for a leave to file his opposition to the defendants' motion to dismiss or, in the alternative, for summary judgment (lodged herewith), five additional day out of time, up to and including April 20, 2007, within which to finish and file such motion. In suport thereof he states:

1. Plaintiff's opposition to defendant's motion to dismiss, or for summary judgment was due on April 15, 2007. Upon a previous request for enlargement of time (See DE# 16).

2. Unexpected delays as various closings of the prison law library and lockdown counts during the following two weeks after plaintiff mailed the above request for enlargement of time (see, e.g. notice placed at prison library fourth times within last April 10-19, 2007, attached as Exhibit "A"), have impeded plaintiff to finish and filed his opposition within previously sought.

3. Plaintiff is incarcerate and has not means to confer with the defendants' counsel regarding her position to this request.

4. Plaintiff did not anticipated these obstacles before the filing of his

previous request for enlargement of time, otherwise he would has included these five additional days in such a request.

Wherefore, plaintiff take pains to make this request and respectfully moves the Court for an order granting this leave for five additional days within which to file his opposition to the defendants' motion to dismiss or for summary judgment.

Respectfully submitted,

on this April 19, 2007.

## CERTIFICATED OF SERVICE

Plaintiff, hereby certifies that on this April 19, 2007 a true and correct copy of the foregoing motion was served by first class, postage prepaid mail upon:

Andrea McBarnette, AUSA
Judiciary Center Bldg.
555 4th Street, NW
Washington, D.C. 20530

RAMON LOPEZ, PRO SE PLAINTIFF
FCC-USP 1
PO BOX 1033-42004004
COLEMAN, FL 33521-1033

# EXHIBIT A

# EDUCATION WILL BE CLOSED FOR THE REMAINDER OF THE DAY DUE TO CUSTODY ISSUES.