UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAMON LOPEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHAR L. HUFF, et al., )<br>)<br>Defendants. )<br>) | Case NO. 06-1178 (RWB) |

ORDER

Upon consideration of Plaintiff's Leave to File His Opposition to the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, it is hereby ordered that the motion is granted. Plaintiff's time to oppose to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment is extended to and including April 20, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2007.