UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAMON LOPEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD L. HUFF, et al., )<br>)<br>Defendants. )<br>) | Case No. 06-1178 (RWB) |

**ORDER**

Upon consideration of the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, Plaintiff's Opposition thereto, and the entire record in this case, it is hereby

ORDERED, that the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment is **DENIED**, it is

FURTHER ORDERED, that within twenty (20) days of the date of this Order, the Defendants will conduct an independent investigation of all information maintained in their records, claimed by plaintiff to be false, prejudicial, and or untimely, it is

FURTHER ORDERED, that upon completion of such investigatio(s), and verification of plaintiff's inaccuracy claims, the defendants will delete and expunge from plaintiff's record any and all false and prejudicial or untimely information, it is

FURTHER ORDERED, that the defendants and the agencies they are heading are liable for the expenses incurred by plaintiff in this action.

Dated:_____,2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Ramon Lopez  
Pro Se Plaintiff  
PO Box 1033-42004004  
Coleman, Fl 33521-1033

Andrea McBarnette, AUSA  
Judiciary Center Blgd.  
555 4th Street, N.W.  
Washington, D.C. 20530