UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAMON LOPEZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-1178 (RBW) |
| | ) |
| **RICHARD L. HUFF,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER AND JUDGMENT**

For the reasons stated in the Memorandum Opinion issued separately this day, it is

**ORDERED** that defendants' motion for summary judgment [Dkt. No. 9] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendants. This is a final appealable Order.

_____s/_____
Reggie B. Walton
United States District Judge

Date: September 14, 2007