UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAMON LOPEZ, )
)
        Plaintiff, )
)
v. ) Civ. Action No. 06-1178(RBW)
)
RICHARD L. HUFF, et al., )
)
        Defendants. )
_____)

**PLAINTIFF'S REQUEST TO BE SERVED WITH A COPY
OF THE COURT'S SEPTEMBER 14, 2007 MEMORANDUM OPINION ISSUED IN THIS CASE**

Plaintiff, pro se, respectfully requests to this Court to be served with a copy of the Memorandum Opinion issued on September 14, 2007, separately, from the Order and Judgment [Dkt. No. 23], that until this date he has not been served with. In support of this request, he states:

1. On October 1, 2007, Plaintiff received via U.S. Mail an envelope dated stamped September 26, 2007, with a copy of this Court's Final Order and Judgement granting defendant's motion for summary judgment. See attached a copy of the mentioned envelope and Order, as Exhibit A.

2. The above mentioned Order indicated that a Memorandum of Opinion had been issued separately on the same dated. See attached Order [Dkt. No. 23].

3. Because, Plaintiff did not received the above mentioned Memorandum Opinion with such Order, he notified the Clerk's Office about that occurrence and requested a copy of the Memorandum Opinion. See attached a copy of that request to the Clerk's Office, as Exhibit B.

4. Until this present date, Plaintiff has not received a response from the Clerk's Office, or a copy of the requested Memorandum.

**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001



02 1A          $ 00.41⁰
0004634648    SEP 26 2007
MAILED FROM ZIP CODE 20001

RAMON LOPEZ
R42004-004
COLEMAN UNITED STATES PENITENTIARY
FCC-USP 1
P.O. Box 1033
Coleman, FL 33521-1033

5. Since, perusal of this document is needed to evaluate the posibility of an appeal to such denial of Plaintiff's case, Plaintiff respectfully requests a copy of such a document.

**WHEREFORE**, Plaintiff respectfully moves the Court for an Order directing the Clerk's Office to serve Plaintiff with a copy of the Memorandum Opinion issued on September 14, 2007 or, in the alternative, to provide Plaintiff directly with a courtesy copy of such a document from its files, so Plaintiff may have access to it for purposes to evaluate the possibility of an Appeal.

Respectfully submitted,

Ramon Lopez, Pro Se Plaintiff
FCC-USP 1
PO Box 1033-42004004
Coleman, Fl 33521-1033

## CERTIFICATE OF SERVICE

Plaintif, Ramon Lopez, hereby certifies that a true and correct copy of the foregoing motion was mailed, postage prepaid on this 23th day of October, 2007 to: Andrea McBarnette, AUSA, 555 Fourth Street, N.W., Washington, D.C. 20530.

The same day and in the same way the original motion was mailed to the Clerk's Office for the District of Columbia.

Ramon Lopez, Pro Se Plaintiff

2