# EXHIBIT A

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001



02 1A    $ 00.41⁰
0004634648   SEP 26 2007
MAILED FROM ZIP CODE 20001

RAMON LOPEZ
R42004-004
COLEMAN UNITED STATES PENITENTIARY
FCC-USP 1
P.O. Box 1033
Coleman, FL 33521-1033



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMON LOPEZ,                              )
                                          )
        Plaintiff,                        )
                                          )
    v.                                    )   Civ. Action No. 06-1178 (RBW)
                                          )
RICHARD L. HUFF, *et al.*,                )
                                          )
        Defendants.                       )
_____ )

ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion issued separately this day, it is

**ORDERED** that defendants' motion for summary judgment [Dkt. No. 9] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendants. This is a final appealable Order.

                                    _____s/_____
                                    Reggie B. Walton
                                    United States District Judge

Date: September 14, 2007