# EXHIBIT B

October 4, 2007


Clerk's Office
U.S. District Court
U.S. Courthouse
Washington, DC 2001

    Re:  C.A. 06-1178(RBW)

Dear Clerk:

    Notice is hereby given that the memorandum opinion related to the above referenced case number issued on September 14, 2007, has not been received yet.

    Accordingly, I respectfully request such document with the date it is delivered stamped so my time to appeal such judgment start to run since it is delivered. A copy of the order indicating the existence of such memorandum along with the envelope (indicating the date it was placed in the mail), is attached for a better comprehension of this request.

    Thank you for your prompt attention to this request.

                                                Respectfully submitted,


                                                _____
                                                Ramon Lopez, Pro Se Litigant
                                                FCC-USP 1
                                                PO Box 1033-42004004
                                                Coleman, Fl 33521-1033

c: file

Enclosure: (2)