UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMON LOPEZ,                     )
                                 )
        Plaintiff,               )
                                 )
    v.                           )   Civ. No. 06-1178 (RBW)
                                 )
RICHARD L. HUFF et al.,          )
                                 )
        Defendants.              )
_____)

## ORDER

Upon consideration of Plaintiff's Requests to be Served with a Copy of the Court's September 14, 2007 Memorandum Opinion Issued in This Case, and the reasons stated in such a motion, it is hereby

ORDERED, that Plaintif's Request to Be Served with a Copy of the Court's September 14, 2007 Memorandum Opinion Issued in this Case is **GRANTED**, and it is

FURTHER ORDERED, that within ten days of the date of this Order, the Clerk of the Court shall serve Plaintiff with a copy of such a document, noting the date the document is served to plaintiff.

SO ORDERED this _____day of_____, 2007.

                                    _____
                                    Reggie B. Walton
                                    United States Dsitrict Judge