October 4, 2007

Clerk's Office
U.S. District Court
U.S. Courthouse
Washington, DC 2001

    Re: C.A. 06-1178(RBW)

Dear Clerk:

    Notice is hereby given that the memorandum opinion related to the above referenced case number issued on September 14, 2007, has not been received yet.

    Accordingly, I respectfully request such document with the date it is delivered stamped so my time to appeal such judgment start to run since it is delivered. A copy of the order indicating the existence of such memorandum along with the envelope (indicating the date it was placed in the mail), is attached for a better comprehension of this request.

    Thank you for your prompt attention to this request.

                                  Respectfully submitted,

                                  Ramon Lopez, Pro Se Litigant
                                  FCC-USP 1
                                  PO Box 1033-42004004
                                  Coleman, Fl 33521-1033

c: file

Enclosure: (2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON LOPEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 06-1178 (RBW) |
| RICHARD L. HUFF, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion issued separately this day, it is

**ORDERED** that defendants' motion for summary judgment [Dkt. No. 9] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendants. This is a final appealable Order.

_____s/_____
Reggie B. Walton
United States District Judge

Date: September 14, 2007

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

RAMON LOPEZ
R42004-004
COLEMAN UNITED STATES PENITENTIARY
FCC-USP 1
P.O. Box 1033
Coleman, FL 33521-1033


