UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMON LOPEZ,                )
                            )
        Plaintiff,           )
                            )
v.                          )   Civ. Action No. 06-1178(RBW)
                            )
RICHARD L. HUFF, et al.,    )
                            )
        Defendants.          )
_____)

## NOTICE OF APPEAL

Notice is hereby given that Ramon Lopez, <u>pro se</u> plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order and judgment entered in this action on the <u>14th</u> day of September, 2007.[1]

Respectfully submitted,

on this 11th Day of November, 2007.

Ramon Lopez, Pro Se Plaintiff
FCC-USP 1
PO Box 1033-42004004
Coleman, Fl 33521-1033

---

[1] This final Order and Judgment was mailed to plaintiff on September 26, 2007, via U.S. Mail.